# Exhibit A

[Verified Complaint]

## MERCHANT APPLICATION - COMPLETE ONLINE OR FAX TO 800-771-3821

### Application Check List:

- ✓ Complete page 1 of application.
- ✓ Sign section 6 on page 1 of application.
- ✓ Sign sections 10 & 11 on page 2 of application.
- ✓ Attach a blank voided check. No starter checks. Must have business name on the check.
- ✓ If requesting max transactions over $2,500, then attach 3 months banks statements.
- ✓ If requesting monthly sales volume over $50K, then attach 3 months bank statements, balance sheet, and P&L.
- ✓ If Rate Match, then attach last 2 months of previous processing statements from current provider.

### If New Business:

- ✓ Email a picture of the building with signage and an interior picture of inventory/office to underwriting@payjunction.com.
- ✓ If new businesses less than 6 months old, then attach a copy of the office building lease contract.

 

✓ No PCI Fees    ✓ No Contract Exit Fee    ✓ Satisfaction Guaranteed

Established 2000

PCI Level 1 Compliant Provider

Fo fu the nfo mat on on the te ms and cond t ons of the me chant ag eement p ease v s t payjunct on com/te ms

PayJunction
1903 State Street
Santa Barbara, CA 93 01

Tel: 800 601 0230
Fax: 800 771 3821
www.PayJunction.com



PayJunction
1903 State Street
Santa Barbara CA 93101
(800) 601-0230
F (800) 771-3821

R # | R NAME
4 | Randy Modos
RACK NG # | MERCHAN #

## 1 MERCHANT INFORMATION

**BUS NESS LEGAL NAME:** Glasser mages (rate update)
( • ) NEW ACCOUN  ( ) ADD ONAL LOCA ON  ( ) CHANGE OF OWNERSH P

**D B A (DO NG BUS NESS AS):**
**EL:** 701 250 2190
**FAX:**

**EMA L:** jack@glasser mages com
**WEBS E:** www glasser mages com

**ADDRESS (NO P.O BOXES):** 510 E Ma n Ave Su te 3A
**C Y:** B SMARCK
**S A E:** ND
**Z P:** 58501

**MA L NG ADDRESS (F D FFEREN):** PO BOX 3190
**C Y:** B SMARCK
**S A E:** ND
**Z P:** 58502

**PRODUC S & SERV CES:** Photography
**E N/ AX D:**
**# LOCA ONS:** 1
**YEARS OWNED:** 12
( ) SOLE PROP  ( ) PAR NERSH P  ( • ) LLC
( ) NON PROF  ( ) CORP

**SELEC PROCESS NG YPES REQUES ED:**
[✓] V SA / MC / D SCOVER    ( ) AMER CAN EXPRESS OP BLUE    ( • ) DECL NE AMEX    ( ) SE#

## 2 CREDIT CARD SALES

| CREDIT CARD SALES | | | METHOD OF TRANSACTIONS | | | |
|---|---|---|---|---|---|---|
| AVG XN $ | MAX XN $ | MAX MON HLY VOLUME $ | % + | % + | 100 | % = 100% |
| $1 000 00 | $20 000 00 | $100 000 00 | SW PE | KEY | WEB | |

## 3 OWNER CONTACT INFO

**OWNER 1**
NAME: Jack Glasser | LE: Pres dent | % OWNERSH P: 100 | SSN: | DOB: | HOME EL:
HOME ADDRESS: | | | C Y: | | S A E: | Z P:

**OWNER 2**
NAME: | LE: | % OWNERSH P: | SSN: | DOB: | HOME EL:
HOME ADDRESS: | | | C Y: | | S A E: | Z P:

## 4 TRADE REFERENCES

**LANDLORD:** P ne Propert es
**EL:** 7012260820
**WEBS E:** www broadwaycentre net
**CON AC:** Steve P ne

**RADE REFERENCE:** Senger & Assoc ates
**EL:** 7012224100
**ACCOUN #:** NA
**CON AC:** Jen Eaton

## 5 HISTORY & POLICIES

**Does your business currently accept credit cards?**
( • ) Yes (please provide merchant statements)  ( ) No

**Have you ever had a previous processor terminate your account?**
( ) Yes  ( • ) No

**Have you or any principal owner ever filed bankruptcy?**
( ) Yes  ( • ) No

**Describe your refund policy?**
( ) Re und with/in 30 Days  ( ) Exchanges Only  ( ) No Re unds  ( • ) Other depends or

**s your business seasonal?**
( ) Yes  ( • ) No

**Does your transaction volume spike during the month (Ex 1st/month)?**
( ) Yes  ( • ) No

**Will any third party have access to card holder data?**
( • ) Yes (please list)  ( ) No

**Do you use a fulfillment house to ship your products?**
( ) Yes (please provide address)  ( • ) No

**When is your customer billed for your products/services?**
( • ) Upon Order  ( ) Upon Shipment  ( ) Other

**When does your customer receive your products/services?**
( ) Upon Order  ( ) 3 Days  ( ) 1 Week  ( ) 2 Weeks  ( • ) Other depends or

**Are you PC compliant?**
( ) Yes  ( ) No  ( ) Not Sure

**Do you use any other payment applications?**
( ) Yes (please list)  ( ) No  ( ) Not Sure

## 6 VISA DISCLOSURE

MERCHANT APPLICATION VER20150324

**MEMBER BANK (ACQUIRER)** First National Bank o Omaha ("BANK") 1620 Dodge Street Omaha NE 68197 800-853-9586

**IMPORTANT MEMBER BANK (ACQUIRER) RESPONSIBILITIES**
1 A Visa Member is the only entity approved to extend acceptance o Visa products directly to a Merchant
2 A Visa member must be a principal (signer) to the Merchant Agreement
3 he Visa Member is responsible or educating Merchants on pertinent Visa Operating Regulations with which Merchants must comply
4 he Visa Member is responsible or and must provide settlement unds to the Merchant
5 he Visa Member is responsible or all unds held in reserve that are derived rom settlement

**IMPORTANT MERCHANT RESPONSIBILITIES**
1 Ensure compliance with cardholder data security and storage requirements
2 Maintain raud and chargebacks below thresholds
3 Review and understand the terms o the Merchant Agreement
4 Comply with Visa Operating Regulations

he responsibilities listed above do not supersede the terms o the Merchant Agreement and are provided to ensure the Merchant understands some important obligations o each party and that the Visa Member (Acquirer) is the ultimate authority should the Merchant have any problems

X _(signature)_ | Jack Glasser | Dec 04 2017
MERCHANT S GNATURE | PR NT NAME & T TLE | DATE

## 7  CREDIT CARD RATES

### VISA/MC/DISCOVER/AMERICAN EXPRESS OPTBLUE

| Account Type (P CK ONE) | ○ Match | ○ Sw pe/Reta | ○ Key/Moto/Web | ● ICDA / ○ CP |
|---|---|---|---|---|
| ransaction Auth / Batch | MATCH | $0 20 | $0 29 | $0 10 |
| Rate 1 | MATCH | 1 39% | 2 09% | 0 25% |
| Rate 2 | MATCH | (Rate 1) + 0 50% | (Rate 1) + 0 00% | NA |
| Rate 3 | MATCH | (Rate 1) + 1 50% | (Rate 1) + 1 89% | NA |
| Rate 4 | MATCH | (Rate 1) + 1 99% | NA | NA |
| Monthly | MATCH | $29 95 | $29 95 | $15 00 |
| Annual | MATCH | $79 00 | $79 00 | $60 00 |

nsu icient Funds Chargebacks Retrievals $25 00 per item Monthly Minimum Processing Commitment o $35 00 is waived i you process more than $10k Visa Rewards/Signature MasterCard World/Enhanced Discover Premium & all American Express cards assess an additional 0 30% to the applicable rate tier CDA DB Rate $0 30  0 30% (Req DB Pad) Dues & Assessments apply  MS AMEX Support Fee o 0 30% applies to all American Express gross SALES nterchange/Wholesale & $0 07/item processor ees apply to Match/ CDA/CP accounts  review Rate Descriptions in the erms & Conditions or additional in o on which interchange programs quali y Visa FANF APF Zero Floor Limit Misuse o Authorization SA ees & MasterCard NABU ALF CVC2 Cross Border & Discover Network Authorization & American Express Network nbound Non-swiped Non-swiped Application-initiated  echnical Speci ication Non-Compliance Data Quality Excessive Dispute Existing AXP Merchant Access ees & all Other Applicable Card Brand Fees shall be billed at PayJunction's current pass through rate  Rate Matches require prior processing statements the de ault annual ee o $79 shall apply in the event the sample statements do not list the comparable annual ee line item  MERCHAN shall not participate in American Express OptBlue i a) MERCHAN declined American Express or b) an American Express SE# was provided in which case American Express shall bill Merchant their ees

## 8  WEB BASED PAYMENT PRODUCTS   |   LEGACY TERMINAL PRODUCTS

Please see attached page for product list

## 9  SPECIAL NOTES ( nternal Use Only - nothing in this section shall modify the terms of the Merchant Transaction Processing Agreement)

PAYJUNC ON SPEC AL NO ES

Free s g capture and sw per w th statements over 10K/Month

MERCHAN SPEC AL NO ES

## 10  SIGNATURES

H S general absolute and unconditional continuing Guaranty ("GUARAN Y") by the undersigned (collectively "GUARAN OR" or "my" or " " or "me") is or the bene it o Messiahic nc DBA PayJunction and/or First National Bank o Omaha (each a "Guaranty Party" and "Collectively the "Guaranty Parties") For value received and in consideration o the mutual undertakings contained in the Merchant ransaction Processing Agreement and allied agreements ("AGREEMEN ") between the Guaranty Parties and MERCHAN as set orth below absolutely and unconditionally guarantee the ull per ormance o all MERCHAN 's obligations to the Guaranty Parties together with all costs expenses and attorneys' ees incurred by any Guaranty Party in connection with any actions inactions or de aults o MERCHAN  waive any right to require the Guaranty Parties to proceed against other entities or MERCHAN  here are no conditions attached to the en orcement o this GUARAN Y  authorize the Guaranty Parties their respective agents or assigns to make rom time to time any personal credit or other inquiries and agree to provide at request inancial statements and/or tax returns  agree that this GUARAN Y shall be governed and construed in accordance with the laws o the state o Nebraska and that the courts o the state o Nebraska shall have and be vested with personal jurisdiction over me  his is a continuing GUARAN Y and shall remain in e ect until one hundred eighty (180) days a ter receipt by the Guaranty Parties o written notice by me terminating or modi ying the same  he termination o the AGREEMEN or GUARAN Y shall not release me rom liability with respect to any obligations incurred be ore the e ective date o termination  No termination o this GUARAN Y shall be e ected by any change in my legal status or any change in the relationship between MERCHAN and me  his GUARAN Y shall bind and inure to the bene it o the personal representatives heirs administrators successors and assigns o GUARAN OR and the Guaranty Parties

| X _/s/ Jack Glasser_ | Jack Glasser | Dec 04 2017 |
|---|---|---|
| S GNATURE | PR NT NAME | DATE |

| X | | |
|---|---|---|
| S GNATURE | PR NT NAME | DATE |

## 11  MERCHANT SIGNATURE

MERCHAN has indicated above which services it is requesting  MERCHAN agrees that BANK is not a party to any agreement or services rom the ollowing companies American Express Diners Club Discover Network and/or Messiahic nc DBA PayJunction ("PayJunction") and that any such agreements are strictly between MERCHAN and each individual company  MERCHAN must be approved by each company and each company may send its agreement to the address o MERCHAN indicated herein upon such approval  MERCHAN agrees to be bound by such company's agreement  By signing below Merchant PayJunction and SYS Merchant Solutions LLC (" MS") agree to the terms o the MS Discover Agreement  MS is not a party to the Merchant ransaction Processing Agreement n accordance with the terms set out in the erms and Conditions trans er unds will be made to/ rom the account set orth in the enclosed voided check or bank letter n the event that Amex is selected Amex trans er unds will utilize the same attached voided check or bank letter in accordance with the terms and conditions as set orth by American Express Merchant Regulations  Check / ACH Processing is selected MERCHAN is responsible or ollowing the Automated Clearing House (ACH) Rules and Guidelines or each transaction PayJunction shall act as the hird Party Sender ( PS) MERCHAN shall not use this Merchant Account or warranties or retainer ees o any type  MERCHAN authorizes PayJunction to automatically dra t PayJunction Gateway Fees rom the account set orth in the enclosed voided check/bank letter  Rate match requires all pages o the 2 most recent months o prior processing statements additional requested services not present on prior statements are billed at current rates herein MERCHAN agrees to the erms & Conditions and PayJunction Gateway Agreement located at http //PayJunction com/terms  shipping costs are incurred and no shipping method is selected de ault shipping rates shall apply  setup or equipment charges are incurred and no payment method is selected trans er unds will be collected rom the account set orth in the enclosed voided check or bank letter  By their execution below the undersigned parties agree to abide by the Merchant ransaction Processing Agreement (the "AGREEMEN ") he AGREEMEN consists o the MERCHAN APPL CA ON and the ERMS AND COND ONS (a separate attachment hereto) and MERCHAN acknowledges it has received and read the erms and Conditions at the time o signing MERCHAN warrants that the in ormation provided on the MERCHAN APPL CA ON is complete and accurate MERCHAN authorizes PayJunction and/or BANK to provide a copy o this MERCHAN APPL CA ON to any third party or the services requested  MERCHAN and its signing O icer/Owner/Partner authorize PayJunction and/or BANK and their agents or assigns to make rom time to time any business and personal credit and other inquiries  applicable MERCHAN agrees by its signature below to the Equipment Agreement and the American Express OptBlue Program Agreement  Depending upon MERCHAN 'S authorization and settlement composition the re erences to Discover Network in this AGREEMEN may not apply and MERCHAN may contract directly with Discover Network or these services N W NESS WHEREOF HE PAR ES HERE O HAVE CAUSED H S AGREEMEN O BE EXECU ED BY HE R DULY AU HOR ZED REPRESEN A VES EFFEC VE ON HE DA E S GNED OR APPROVED BY BANK

PayJunction Commitment: PayJunction has a zero dollar ($0 00) Early Termination Fee  PayJunction believes you should use our products and services because they are better (not because you are locked into a contract)  f at anytime you are not satisfied for any reason you may cancel at anytime without penalty

| X _/s/ Jack Glasser_ | Jack Glasser | Dec 04 2017 |
|---|---|---|
| MERCHANT S GNATURE | PR NT NAME & T TLE | DATE |

| (OFF CE USE ONLY) ACCEPTED BY MESS AH C NC DBA PAYJUNCT ON | (OFF CE USE ONLY) ACCEPTED BY F RST NAT ONAL BANK OF OMAHA | (OFF CE USE ONLY) DATE |
|---|---|---|

VER20150324 © MESS AH C NC DBA PAYJUNC ON S A REG S ERED SO/MSP OF F RS NA ONAL BANK OF OMAHA 1620 DODGE S OMAHA NE                    Page 2 o 2

**Products Catalogue**

| | | | | |
|---|---|---|---|---|
| ☑ PayJunction Setup | $449.00 **FREE** $449.00 | ☐ Reprogram Terminal | Qty ____ | MODEL _____ |
| ☑ Statements Online | | ☐ Wireless Terminal ($20/Mo) | Qty ____ | $649.00 |
| ☑ Statements Mailed (Optional) | | ☐ Dial / IP Terminal | Qty ____ | $349.00 |
| ☐ USB Card Swiper | Qty ____ $50.00 | ☐ DBT Pad | Qty ____ | $100.00 |
| ☐ USB Receipt Printer | Qty ____ $250.00 | ☐ Statements Mailed | | |
| ☐ USB Signature Capture | Qty ____ $199.00 | Batch ____ ○ AM ○ PM  Tip ○ Yes ○ No  Prefix ○ $ ○ Other ____ | | |

**Satisfaction Guaranteed** (Return in 30 days for refund)
○ Pay by Credit Card  ● Debit Checking Account (Default)

**Shipping/Handling if Required**
● Standard ($5.10 Default)  ○ Overnight (BD/Cost)

Bank is not a party to this section and has no liability related to this Section. This form does not in any way amend the Merchant Transaction Processing Agreement.