# EXHIBIT A



# Fox Rothschild LLP
## ATTORNEYS AT LAW

10250 Constellation Boulevard, Suite 900 Los Angeles, CA 90067
Tel 310.598.4150   Fax 310.556.9828   www.foxrothschild.com

TAX I.D. NO. 23-1404723

MESSIAHIC INC. D/B/A PAYJUNCTION
C/O-ERIC WERNICKE
1903 STATE ST
SANTA BARBARA, CA 93101
dkale@payjunction.com

| | |
|---|---|
| Invoice Number | 2852036 |
| Invoice Date | 11/04/21 |
| Client Number | 195115 |
| Matter Number | 00006 |

RE:  GLASSER IMAGES

**FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/21:**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/12/21 | OWENS | COMMUNICATION WITH E. WERNICKE REGARDING GLASSER IMAGES DEFAULT AND CHARGEBACK RISK AND MERCHANT INFORMATION; RUN BANKRUPTCY AND LITIGATION SEARCH; REVIEW ARTICLES REGARDING GLASS IMAGES' CLOSING AND ATTORNEY GENERAL COMPLAINTS. | 0.5 | $720.00 | $360.00 |
| 10/13/21 | ANGRISANO | CORPORATE BACKGROUND RESEARCH RE GLASSER IMAGES | 0.6 | $200.00 | $120.00 |
| 10/13/21 | OWENS | REVIEW RESEARCH REGARDING GLASSER IMAGES TERMINATION OF CORPORATE STATUS, DECISION TO CEASE OPERATIONS, AND ATTORNEY GENERAL CLAIMS; REVIEW GUARANTY LANGUAGE AND TERMS AND CONDITIONS; PREPARE FOR AND PARTICIPATE ON CONFERENCE CALL WITH CLIENT TO DISCUSS BACKGROUND FACTS, RIGHTS AND REMEDIES, AND OPTIONS; ACCESS DATA ROOM SET UP BY E. WERNICKE; REVIEW GLASSER IMAGES MERCHANT AGREEMENT; ATTENTION TO DEMAND LETTER AND GUARANTY CLAIMS. | 1.5 | $720.00 | $1,080.00 |
| 10/14/21 | OWENS | REVIEW RESEARCH REGARDING GLASSER IMAGES | 3.7 | $720.00 | $2,664.00 |

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | AND J. GLASSER ASSETS AND LIABILITIES; CONFERENCE CALL WITH CLIENT TO DISCUSS GLASSER IMAGES DEFAULT, ASSERT AND LIABILITY REPORT, AND STRATEGY REGARDING PREPARATION OF GUARANTOR DEMAND AND TERMINATION NOTICE; ANALYZE MERCHANT AGREEMENT AND TERMS AND CONDITIONS; DRAFT NOTICE OF DEFAULT AND TERMINATION OF MERCHANT SERVICES AGREEMENT; DRAFT GUARANTOR DEMAND LETTER TO J. GLASSER; REVIEW J. KETCHENS' COMMENTS AND REVISIONS TO NOTICE OF DEFAULT AND TERMINATION AND DEMAND LETTER; REVIEW, REVISE AND FINALIZE SAME; GIVE INSTRUCTIONS TO K. HOANG REGARDING SERVICE OF DEMAND LETTER AND TERMINATION NOTICE; FIX FORMATTING OF DOCUMENTS REQUIRING REDACTION FORWARDED BY J. KETCHENS; FOLLOW-UP WITH CLIENT REGARDING SERVICE OF CORRESPONDENCE ON J. GLASSER AND B. O'KEEFE. | | | |
| 10/15/21 | OWENS | REVIEW CORRESPONDENCE REGARDING DELIVERY OF DEMAND LETTER; REVIEW VENUE PROVISIONS IN TERMS & CONDITIONS; COMMUNICATION WITH J. ROSE IN ATLANTA OFFICE REGARDING LITIGATION ASSISTANCE. | 0.4 | $720.00 | $288.00 |
| 10/18/21 | OWENS | RESEARCH POTENTIAL BANKRUPTCY FILING FOR GLASSER IMAGES AND J. GLASSER; ATTENTION TO STATUS OF EFFORTS TO SERVE GLASSER IMAGES AND J. GLASSER WITH DEMAND LETTER; REVIEW FEDERAL EXPRESS SERVICE DOCUMENTATION; FOLLOW-UP WITH CLIENT REGARDING SAME. | 0.4 | $720.00 | $288.00 |
| 10/19/21 | OWENS | REVIEW J. KETCHENS EMAIL REGARDING J. GLASSER'S REQUEST FOR LIST OF CHARGEBACKS WITH | 0.5 | $720.00 | $360.00 |

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | CUSTOMER NAMES; REVIEW AND REVISE DRAFT RESPONSE TO J. GLASSER'S REQUEST; FOLLOW-UP WITH CLIENT REGARDING REVISIONS TO PROPOSED RESPONSE AND REVIEW OF WELLS FARGO TERMS & CONDITIONS. | | | |
| 10/20/21 | OWENS | DRAFT EMAIL TO T. O'KEEFE, COUNSEL FOR GLASSER IMAGES, REGARDING FRAMEWORK FOR ADDRESSING CHARGEBACKS AND DEMAND; TELEPHONE CONFERENCE AND EMAIL COMMUNICATIONS WITH J. KETCHENS TO DISCUSS FOLLOW-UP EMAIL TO T. O'KEEFE; REVIEW AND REVISE EMAIL TO INCORPORATE J. KETCHENS' COMMENTS; FINALIZE AND FORWARD EMAIL TO T. O'KEEFFE REQUESTING CALL TO DISCUSS FRAMEWORK FOR ADDRESSING CHARGEBACKS. | 0.7 | $720.00 | $504.00 |
| 10/21/21 | OWENS | ANALYZE MERCHANT AGREEMENT, PERSONAL GUARANTY AND VENUE PROVISIONS; FOLLOW-UP WITH J. KETCHENS REGARDING STATUS OF T. O'KEEFFE'S RESPONSE TO DEMAND LETTER. | 0.5 | $720.00 | $360.00 |
| 10/22/21 | OWENS | REVIEW TERMS & CONDITIONS FOR VENUE AND CHOICE OF LAW TO PURSUE CLAIMS ON MERCHANT SERVICES AGREEMENT AND PERSONAL GUARANTY; RUN BANKRUPTCY SEARCH FOR GLASSER IMAGES AND J. GLASSER; TELEPHONE CALL WITH T. O'KEEFFE'S LEGAL ASSISTANT, REGARDING DEMAND LETTER AND MITIGATION OF CHARGEBACK CLAIMS; FOLLOW-UP WITH CLIENT REGARDING SAME; TELEPHONE CONFERENCE AND EMAIL COMMUNICATIONS J. KETCHENS REGARDING DRAFT EMAIL TO COUNSEL FOR GLASSER IMAGES REQUESTING MEETING, THREAT OF LITIGATION AND STRATEGY; REVIEW AND REVISE EMAIL TO T. O'KEEFFE REQUESTING A MEETING TO DISCUSS | 0.9 | $720.00 | $648.00 |

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | FRAMEWORK FOR ADDRESSING ONGOING CHARGEBACKS; FOLLOW-UP COMMUNICATIONS WITH CLIENT AND T. O'KEEFFE REGARDING SAME AND SCHEDULING CALL TO DISCUSS, MULTIPLE. | | | |
| 10/25/21 | OWENS | PREPARE FOR AND PARTICIPATE ON CONFERENCE CALL WITH T. O'KEEFFE, COUNSEL FOR GLASSER IMAGES AND J. GLASSER, AND CLIENT TO DISCUSS CHARGEBACKS, MITIGATION, AND PROCESS FOR ADDRESSING SAME; FOLLOW-UP REGARDING SAME AND STRATEGY; DRAFT EMAIL TO T. O'KEEFFE AND T. O'BRIEN SUMMARIZING CALL, ACTION ITEMS AND DELIVERABLES. | 1.8 | $720.00 | $1,296.00 |
| 10/26/21 | OWENS | COMMUNICATION WITH M. ODIRAKALLUMKAL REGARDING ARRANGEMENTS TO CONTACT J. GLASSER TO DISCUSS CHARGEBACK PROTOCOL; FOLLOW-UP WITH T. O'KEEFFE REGARDING REQUEST FOR DOCUMENTS AND INFORMATION, AND AG INQUIRY; COMMUNICATIONS WITH J. KETCHENS REGARDING SCHEDULED CALL WITH J. GLASSER, RESPONSE TO O'KEEFFE EMAIL AND DECISION NOT TO CONTACT STATE ATTORNEYS GENERAL. | 0.4 | $720.00 | $288.00 |
| 10/27/21 | OWENS | TELEPHONE CONFERENCES AND EMAIL COMMUNICATIONS WITH J. KETCHENS REGARDING STATUS OF MEETING WITH J. GLASSER, FOLLOW-UP WITH GLASSER IMAGES' COUNSEL REGARDING RESCHEDULING CALL WITH J. GLASSER, STATUS OF DOCUMENT AND INFORMATION REQUESTS, INQUIRIES CONCERNING CHARGEBACK CLAIMS, AND RELATED ISSUES; REVIEW WELLS FARGO TERMS AND CONDITIONS REGARDING STANDING, VENUE AND CHOICE OF LAW PROVISIONS; FOLLOW-UP WITH J. KETCHENS REGARDING REQUEST FOR ASSIGNMENT BY WELLS FARGO | 1.2 | $720.00 | $864.00 |

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | TO PURSUE CLAIMS AGAINST GLASSER IMAGES AND J. GLASSER; COMMUNICATION WITH GEORGIA LITIGATION PARTNERS REGARDING ASSISTANCE WITH ARBITRATION DEMAND; REVIEW DRAFT BANKRUPTCY ASSIGNMENT IN INTEGRAMED CASE; DRAFT EMAIL TO WELLS FARGO SUMMARIZING GLASSER IMAGES MATTER AND REQUEST FOR WAIVER TO PURSUE NEGOTIATIONS REGARDING ASSIGNMENT OF CLAIMS AND DOCUMENTATION. | | | |
| 10/28/21 | OWENS | COMMUNICATIONS WITH ATLANTA LITIGATION TEAM TO DISCUSS ARBITRATION COMPLAINT AGAINST MERCHANT AND GUARANTOR, VENUE, JURISDICTION AND CHOICE OF LAW PROVISIONS, AND NEED FOR ASSIGNMENT OF CLAIMS FROM WELLS FARGO BANK; FOLLOW-UP WITH WELLS FARGO BANK TEAM REGARDING CONFLICTS WAIVER; TELEPHONE CONFERENCE AND EMAIL COMMUNICATIONS WITH J. KETCHENS REGARDING CHARGEBACK CLAIMS, J. GLASSER'S ACCESS TO PAYJUNCITON SYSTEM, AND PROPOSED EMAIL TO SEND TO GLASSER IMAGES' COUNSEL; REVIEW AND REVISE DRAFT EMAIL TO COUNSEL FOR GLASSER IMAGES; FOLLOW-UP WITH J. KETCHENS REGARDING SAME; FOLLOW-UP EMAIL TO GLASSER IMAGES' COUNSEL REGARDING CHARGEBACKS AND ONGOING LIABILITY, REQUEST FOR DOCUMENTS AND INFORMATION, AND CLIENT ACCESS TO SYSTEM. | 0.9 | $720.00 | $648.00 |
| 10/29/21 | CHICHESTER | MEETING WITH K. OWENS, L. ROGERS, AND J. ROSE REGARDING MERCHANT AGREEMENT MATTER AND STRATEGY FOR COST AND TIME EFFECTIVE RELIEF FOR CLIENT | 0.8 | $380.00 | $304.00 |

Case 4:21-cv-00204-CDL Document 19-1 Filed 01/21/22 Page 6 of 9

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/29/21 | OWENS | ANALYZE POTENTIAL EQUITABLE REMEDIES INCLUDING POSSIBLE APPOINTMENT OF RECEIVER OR INJUNCTIVE RELIEF IN FEDERAL OR STATE COURT AND EXCEPTIONS TO ARBITRATION PROVISIONS; PREPARE FOR AND PARTICIPATE ON CONFERENCE CALL WITH L. ROGERS AND J. ROSE REGARDING BREACH OF MERCHANT SERVICES AGREEMENT, LIABILITY FOR CHARGEBACKS, CLAIMS, REMEDIES, AND STRATEGY INCLUDING POSSIBLE PROSECUTION OF CLAIMS IN FEDERAL DISTRICT COURT AND EQUITABLE RELIEF; DRAFT ASSIGNMENT OF RIGHTS, REMEDIES AND CLAIMS FROM WELLS FARGO BANK, NA TO PAYJUNCTION; FOLLOW-UP WITH J. KETCHENS REGARDING SAME AND LITIGATION STRATEGY; DRAFT EMAIL TO COUNSEL FOR GLASSER IMAGES REGARDING STATUS OF RESPONSE TO REQUESTS. | 1.6 | $720.00 | $1,152.00 |
| | | **TOTAL** | **16.4** | | **$11,224.00** |

**TIMEKEEPER TIME SUMMARY:**

| Timekeeper | Hours |
|---|---|
| K.C. OWENS | 15.0 |
| G.T. CHICHESTER | 0.8 |
| F. ANGRISANO | 0.6 |
| TOTAL | 16.4 |

TOTAL PROFESSIONAL SERVICES    $11,224.00

**COSTS ADVANCED AND EXPENSES INCURRED:**

| Description | Amount |
|---|---|
| MESSENGER SERVICE/FEDERAL EXPRESS | $64.60 |
| PHOTOCOPYING - COLOR | $88.00 |
| TOTAL EXPENSES | $152.60 |

| | TOTAL AMOUNT OF THIS INVOICE | $11,376.60 |
| | PRIOR BALANCE DUE | $19,127.95 |
| | **TOTAL BALANCE DUE UPON RECEIPT** | **$30,504.55** |

**OUTSTANDING INVOICES PRIOR TO 11/04/21**

| Invoice Date | Invoice # | Total |
|---|---|---|
| 01/06/22 | 2888057 | $19,127.95 |
| **TOTAL PRIOR BALANCES DUE** | | **$19,127.95** |



# Fox Rothschild LLP
ATTORNEYS AT LAW

10250 Constellation Boulevard, Suite 900 Los Angeles, CA 90067
Tel 310.598.4150  Fax 310.556.9828  www.foxrothschild.com

TAX I.D. NO. 23-1404723

## REMITTANCE PAGE

| | |
|---|---|
| MESSIAHIC INC. D/B/A PAYJUNCTION | Invoice Number 2852036 |
| C/O-ERIC WERNICKE | Invoice Date 11/04/21 |
| 1903 STATE ST | Client Number 195115 |
| SANTA BARBARA, CA 93101 | Matter Number 00006 |
| dkale@payjunction.com | |

RE: GLASSER IMAGES

| | |
|---|---|
| TOTAL AMOUNT OF THIS INVOICE | $11,376.60 |
| PRIOR BALANCE DUE | $19,127.95 |
| **TOTAL BALANCE DUE UPON RECEIPT** | **$30,504.55** |

PAYMENT INSTRUCTIONS

**If you are currently remitting payment via check and have the ability to convert to an electronic payment format, please remit payment via ACH or WIRE using the instructions below. Thank you.**

| CHECK PAYMENT | ACH PAYMENT | WIRE INSTRUCTIONS |
|---|---|---|
| Make Payable to Fox Rothschild LLP: | Wells Fargo Bank | Wells Fargo Bank |
| Fox Rothschild LLP | 420 Montgomery Street | 420 Montgomery Street |
| Attn: Accounts Receivable - 72 | San Francisco, CA 94104 | San Francisco, CA 94104 |
| 2000 Market Street, 20th Floor | ACH #031000503 | ABA #121000248 |
| Philadelphia, PA 19103-3222 | Account: Fox Rothschild LLP | Account: Fox Rothschild LLP |
| | Account #2100019564260 | Account #2100019564260 |
| | Swift Code:#WFBIUS6S (international wires only) | Swift Code:#WFBIUS6S (international wires only) |
| | Email: AR@foxrothschild.com | |

Please include the Client, Matter, or Invoice Number with all payments.