IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| MESSIAHIC, INC., <br> *d/b/a* PAYJUNCTION, | * | |
| | * | |
| Plaintiff, | | Case No. 4:21-cv-204-CDL |
| v. | * | |
| GLASSER IMAGES, LLC, and <br> JACK GLASSER, | * | |
| | * | |
| Defendants. | | |

## **D E F A U L T   J U D G M E N T**

Pursuant to this Court's Order dated March 3, 2022 and for the reasons stated therein, JUDGMENT is hereby entered in favor of Plaintiff in the amount of $977,241.14. The amount shall accrue interest from the date of entry of judgment at the rate of 1.14 % per annum until paid in full. Plaintiff shall also recover costs of this action. Additionally, judgment is hereby entered against Defendants converting the preliminary injunction ordered by this Court on November 19, 2021 (ECF No. 14) to a permanent injunction.

This 3rd day of March, 2022.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk